```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
ANYA AMANDA SUTHERLAND,                             :
                                                    :
                              Plaintiff,            :    19-CV-7140 (JMF)
                                                    :
              -v-                                   :    ORDER
                                                    :
COSTCO WHOLESALE CORPORATION A/K/A                  :
COSTCO WHOLESALE CORP.,                             :
                                                    :
                              Defendants.           :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed at the Pretrial Conference held before the Court yesterday, the parties' deadline to complete fact discovery is hereby EXTENDED to **March 26, 2020**. All other dates and deadlines remain in effect.

     SO ORDERED.

Dated: February 5, 2020       _____
      New York, New York                   JESSE M. FURMAN
                                              United States District Judge