# SIMMONS JANNACE DeLUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca∆
Allison C. Leibowitz
Stacey Ramis Nigro

Sachee N. Arroyo
Daniel P. Borbet
Katherine R. Cutrone
Irina Feferman*
Ian E. Hannon
Sally Kassim-Schaefer
Michael C. Lamendola*
Daniel J. Solinsky

Counsel

Susan B. Jannace
Ross M. Chinitz∆

*Also Admitted NJ
∆Also Admitted CT

March 12, 2020

**VIA ECF**

Honorable District Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re: Campbell, Anya Amanda f/k/a Anya Campbell v. Costco Wholesale Corporation
        Civil Action No.: 7:19-cv-07140-JMF
        SJD File No.: 537-9406

Dear Judge Furman:

    The undersigned represents Costco Wholesale Corporation ("Costco") in the above-referenced matter. Please allow this to serve as the parties' joint request to temporarily stay discovery and court-ordered mediation in light of potential health concerns arising out of the Coronavirus (COVID-19) Pandemic and an upcoming emergency surgery scheduled for plaintiff's counsel.

    The parties scheduled the depositions of Costco witness Angela Crawl and non-party witness Obigail Lindsay for March 16, 2020. In addition, plaintiff began making arrangements to fly his medical expert, Dr. Dean Everett Wright, from Jamaica to Florida or New York for deposition. This put the parties on track to complete all discovery by the current deadline of March 26, 2020.

    Since that time, confirmed reports of the Coronavirus have grown throughout the United States. This resulted in both sides

developing serious concerns about proceeding with the aforementioned discovery at this time.

As Your Honor may be aware, there has been a significant cluster of Coronavirus cases in Westchester County resulting in Governor Cuomo ordering a one-mile "containment area" within the City of New Rochelle. Significantly, Ms. Crawl resides in Westchester County and works at the New Rochelle Costco which is close proximity to the restricted area. Ms. Lindsay also resides in Westchester County and provided care to patients in New Rochelle as a home health aide within the last two months.[1]

Furthermore, with respect to plaintiff's expert, it is clear that requiring Dr. Wright to board an international flight and travel to a major metropolitan area is not advisable due to the inherent increased risk of exposure to the virus.

It is the parties' belief that proceeding with depositions would place the attorneys and/or witnesses at an unnecessary health risk. Considering the aforementioned and the recent directive by the Southern District designed to limit exposure to those people at high risk of carrying the virus, it is respectfully requested the Court temporarily stay discovery until a clearer picture on this public health concern develops.

During the initial drafting of this joint application, the parties agreed they would move forward with the court-ordered mediation in early April in hopes the matter could nonetheless be settled despite the outstanding discovery. However, opposing counsel was advised by his doctors yesterday that he must undergo immediate surgery with a subsequent recovery time of at least two weeks. Accordingly, it is respectfully submitted that additional good cause exists to stay discovery, along with the mediation, until such time as counsel has fully recovered.

---

[1] Furthermore, Ms. Lindsay is no longer available on March 16, 2020 as her employer directed her to attend a mandatory training class on the Coronavirus.

Honorable District Judge Jesse M. Furman
United States District Court
Southern District of New York
March 12, 2020
Page 3

    Opposing counsel consents to the entirety of the application as outlined herein. Thank you for the opportunity to address the Court in this matter.

                                    Very truly yours,

                                    /s/ Michael C. Lamendola

                                  Michael C. Lamendola (ML-4927)

MCL:

Cc: All counsel via ECF

Application GRANTED. All discovery and mediation deadlines are hereby STAYED in light of the current situation. By **April 10, 2020**, the parties shall file a joint status letter regarding whether the stay should be lifted at that time and, if so, propose a schedule to that effect. The Clerk of Court is directed to terminate ECF No. 35. SO ORDERED.

*[signature]*

March 13, 2020